UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANSING AUTOMAKERS FEDERAL CREDIT
UNION, a federally-chartered credit union,

    Plaintiff,

v

OFFICE AND PROFESSIONAL EMPLOYEES
INTERNATIONAL UNION LOCAL 459 AFL-CIO,
and NURIA ANKNEY, an individual,

    Defendants.

CASE NO. 1:10-cv-266

HON. PAUL L. MALONEY

## STIPULATION TO WITHDRAW PLAINTIFF'S MOTION TO REMAND AND/OR TO DETERMINE JURISDICTION AND PLAINTIFF'S MOTION TO DISMISS DEFENDANT OPEIU'S COUNTERCLAIM PURSUANT TO FRCP 12(b)(1) and 12(b)(6)

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows in regard to the above captioned matter:

1. That Plaintiff's Motion to Remand and/or To Determine Jurisdiction (Document No. 9) filed in this matter, be and is hereby withdrawn, with prejudice.

2. That Plaintiff's Motion to Dismiss Defendant OPEIU's Counterclaim Pursuant to FRCP 12(b)(1) and 12(b)(6) (Document No. 12) filed in this matter be and is hereby withdrawn, without prejudice.

3. Plaintiff shall file its Answer to OPEIU's Counterclaim within twenty-one (21) days of the date of this Order.

/s/ Allen G. Anderson (P35420)
Allen G. Anderson (P35420)
James C. Baker (P62668)
Attorney for Plaintiff LAFCU
603 Bay Street, PO Box 705
(231) 946-0700

/s/ Tinamarie Pappas (P40685)
Tinamarie Pappas (P40685)
Attorney for Defendants
4661 Pontiac Trail
Ann Arbor, MI 48105
(734) 94-6338

1

## **ORDER**

**IT IS SO ORDERED.**

Dated: May 11, 2010         /s/ Paul L. Maloney
                            HON. PAUL L. MALONEY